UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-15 (NEB/TNL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF WITHDRAWAL |
| | ) | AND SUBSTITUTION OF COUNSEL |
| IKRAM YUSUF MOHAMED, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that defendant Ikram Yusuf Mohamed has retained Robert D. Richman to substitute as counsel for Steven Wright in this case. Accordingly, Steven Wright hereby withdraws as counsel, and Robert Richman hereby enters his appearance as counsel of record for Ms. Mohamed.

Dated:  March 5, 2024

s/ Robert D. Richman
ROBERT D. RICHMAN
Attorney ID No. 226142
P.O. Box 16643
St. Louis Park, MN  55416
(651) 278-4987

New Counsel of Record

Dated: March 5, 2024

/s/ Steven J. Wright
Minnesota Attorney #387336
331 Second Ave S #705
Minneapolis, MN 55401
(612) 669-8280

Withdrawing Attorney