UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNTIED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IKRAM YUSUF MOHAMED (1);<br>SULEMAN YUSUF MOHAMED (2);<br>AISHA HASSAN HUSSEIN (3);<br>SAHRA SHARIF OSMAN (4);<br>SHAKUR ABDINUR ABDISALAM (5);<br>FADUMO MOHAMED YUSUF (6); and<br>GANDI ABDI KEDIYE (7),<br><br>Defendants. | Case No. 24-CR-15 (NEB/DTS)<br><br><br><br>AMENDED ORDER |

This case was indicted on January 24, 2024. (ECF No. 1.) Soon after, this case was designated as a complex case. (ECF No. 52.) This Court scheduled this case for a **date certain trial date of April 20, 2026**. (*See* ECF No. 169). There will be no continuances given.

The Court is setting this case on for a status conference on **January 7, 2026** at 3:00 p.m. in Courtroom 13W in the Diana E. Murphy U.S. Courthouse in Minneapolis. All counsel and defendants shall be present for this Court hearing.

Dated: December 23, 2025

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge